ORDERED UNSEALED on 07/24/2024 s/ JudePeter

SEALED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFONSO GARCIA,<br>Defendant. | Case No. 24-mj-02795<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. §922(a)(1)(A) and (B) – Dealing Firearms without a License; Title 26, U.S.C., §5861(d) – Possession of an Unregistered Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

Beginning no later than April 22, 2024, and continuing through June 27, 2024, within the Southern District of California, defendant ALFONSO GARCIA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

COUNT TWO

On April 22, 2024, in the Southern District of California, defendant ALFONSO GARCIA, did knowingly possess a firearm, to wit: a non-serialized privately made rifle with a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT THREE

On June 6, 2024, in the Southern District of California, defendant ALFONSO GARCIA, did knowingly possess a firearm, to wit: a non-serialized privately made rifle with a barrel of less than 16 inches in length, not registered to him in the National Firearms

Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT FOUR

On June 27, 2024, in the Southern District of California, defendant ALFONSO GARCIA, did knowingly possess a firearm, to wit: a non-serialized privately made rifle with a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

The complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Gregory J. Mattson

GREGORY MATTSON
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and attested to under oath by telephone, in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 on this 24th day of July of 2024.

HON. MICHAEL S. BERG
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

Since this affidavit is being submitted for the limited purpose of securing an order authorizing the acquisition of the requested criminal complaint, I have not included details of every aspect of the investigation. Dates and times are approximate.

**BACKGROUND**

Beginning in March of 2024, Special Agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) received information that an individual later identified as ALFONSO GARCIA aka "Fonzo" was selling firearms, including privately made firearms ("PMF"), without a license within the Southern District of California. Between April 2024 and June 2024, federal agents coordinated the purchase of approximately 13 firearms from GARCIA utilizing an ATF Special Agent operating in an undercover capacity (the "UC"). The UC was equipped with audio and video recording devices prior to each controlled purchase set forth in this complaint, and each controlled purchase in this complaint was recorded. At least 3 of the 13 firearms that the UC purchased from GARCIA during that period were non serialized privately made rifles with a barrel of less than 16 inches in length (a "SBR").

A rifle with a barrel of less than 16 inches in length or an overall length under twenty-six inches and must be registered in accordance with the National Firearms Act. A query of the National Firearms Registration and Transfer Record revealed that there is no history of GARCIA registering any firearms that meet the registration requirements as described in the National Firearms Act. Moreover, each SBR that GARCIA sold the UC as described below was non-serialized and, therefore, was not recorded or registered to GARCIA in the National Firearms Registration and Transfer Record.

**APRIL 22, 2024 – CONTROLLED PURCHASE OF ONE FIREARM**

On April 22, 2024, ATF Special Agents organized a controlled purchase operation for the purchase of one firearm from GARCIA in exchange for $1,500. For this controlled purchase, the UC arranged to meet with GARCIA and a confidential informant working at ATF's direction (the "CI") at an agreed-upon parking lot in San Diego County, which is

within the Southern District of California. The UC and the CI traveled to the purchase location in an undercover vehicle (the "UCV") and arrived at the parking lot at approximately 4:30 p.m. GARCIA arrived to the parking lot at approximately 4:40 p.m. and entered the UCV vehicle with the UC and CI.






**Images of GARCIA in UCV during the April 22, 2024 controlled purchase**

While in the UCV, GARCIA provided the UC with a rifle-style firearm with a barrel of less than 16 inches in exchange for $1,500 for pre-recorded ATF funds. During the sale, GARCIA indicated to the UC that the firearm had a 10.5-inch barrel and that he (GARCIA) manufactured the firearm. The firearm that GARCIA sold the UC on April 22, 2024, was examined and determined to be a non-serialized, 5.56 caliber privately made SBR.



**Image of the 5.56 caliber SBR purchased from GARCIA on April 22, 2024**

**MAY 1, 2024 – CONTROLLED PURCHASE OF THREE FIREARMS**

On May 1, 2024, ATF Special Agents organized a controlled purchase operation for the purchase of three firearms from GARCIA in exchange for $3,500. For this controlled purchase, the UC arranged to meet with GARCIA in the same parking lot as the April 22, 2024 controlled purchase described above. The UC traveled to the purchase location in the UCV and arrived at approximately 12:00 p.m. GARCIA arrived at the purchase location at approximately 12:10 p.m. and entered the UCV carrying a rifle bag.

Upon entering the UCV, GARCIA opened the rifle bag containing three firearms. The firearms within the rifle bag included a non-serialized 9mm PMF, a Ruger 5.56 caliber rifle bearing serial number 85933487, and a FNH 9mm caliber firearm bearing serial number GKS0281793. During the transaction, GARCIA sold all three firearms to the UC in exchange for $3,500 in pre-recorded ATF funds. Further, GARCIA indicated to the UC that he had two sources of firearms, including a source in Arizona who brings GARCIA both firearms and parts to manufacture firearms.

**June 3, 2024 – CONTROLLED PURCHASE OF FOUR FIREARMS**

On June 3, 2024, ATF Special Agents organized a controlled purchase operation for the purchase of four firearms from GARCIA in exchange for $4,800. For this controlled purchase, the UC arranged to meet with GARCIA in the same parking lot as the April 22, 2024 and May 1, 2024 controlled purchases described above. The UC traveled to the purchase location in the UCV. GARCIA arrived at the purchase location at 2:20 p.m. and was observed removing a large black bag from his vehicle before entering the UCV.

//

//

//

//

//

//

//




**Image of GARCIA entering the UCV during the June 3, 2024 controlled purchase**

Upon entering the UCV, GARCIA opened the black bag containing four firearms. The firearms within the rifle bag included three non-serialized 9mm PMFs and a non-serialized 5.56 caliber privately made SBR. GARCIA provided the three firearms to the UC in exchange for $4,800 in pre-recorded ATF funds. During the transaction, the UC remarked to GARCIA that the SBR had a short barrel. GARCIA acknowledged the SBR’s short barrel and responded that the SBR was a “military one.” The 5.56 caliber SBR was seized, inspected, and determined to have a barrel less than 16 inches in length.



**Image of the 5.56 caliber SBR purchased from GARCIA on June 3, 2024**

//

//

**June 27, 2024 – CONTROLLED PURCHASE OF FIVE FIREARMS**

On June 27, 2024, ATF Special Agents organized a controlled purchase operation for the purchase of five firearms from GARCIA in exchange for $7,000. For this controlled purchase, the UC arranged to meet with GARCIA at a parking lot in Escondido, California, which is within the Southern District of California. The UC traveled to the purchase location in the UCV and arrived at 12:00 p.m. GARCIA arrived at the purchase location at 12:30 p.m. and was observed removing a black rifle bag and two additional firearms from his vehicle before entering the UCV.

Upon entering the UCV, GARCIA sold the UC five firearms, including a non-serialized 9mm PMF, a non-serialized 5.56 caliber privately made SBR, a Canik 9mm firearm bearing serial number 22CM01275, a Canik 9mm firearm bearing 21BC73318, and a Kel Tec 9mm firearm bearing serial number FGTK59, in exchange for $7,000 in pre-recorded ATF funds. During the transaction, the UC referred to the SBR as a "shorty," which GARCIA acknowledged and further stated that he (GARCIA) manufactured the firearm. The 5.56 caliber SBR was seized, inspected, and determined to have a barrel less than 16 inches in length.



**Image of the 5.56 caliber SBR purchased from GARCIA on June 27, 2024**

//

//

## ADDITIONAL INVESTIGATION

As part of their investigation, ATF Special Agents have conducted a query of GARCIA. The query determined GARCIA does not currently, nor has ever held, a Federal Firearms License to sell or manufacture firearms. The investigation is ongoing.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.